## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, C.C.<br><br>　　　　　　Plaintiff,<br>vs.<br><br>WALMART, INC., et al.<br><br>　　　　　　Defendants. | Hon. Mia Roberts Perez<br><br>No. 2:24-cv-06386-MRP |

### ORDER

**AND NOW**, this 15th day of January, 2025, upon consideration of Plaintiff's Motion for Leave to File a Reply in Support of Plaintiff's Motion for Remand (Doc. No. 9), and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**, and the Clerk is directed to file of record Plaintiff's Reply, which is attached as Exhibit "A" to Plaintiff's Motion for Leave.

**BY THE COURT**:

_____
Hon. Mia Robert Perez